Andrew S. Langsam
Stacey M. Faraci
PRYOR CASHMAN LLP
410 Park Avenue
New York, New York 10022
Tel: (212) 421-4100

Attorneys for Plaintiff Rubie's Costume Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
:
RUBIE'S COSTUME CO., INC.          :       Judge Stein
:
:
        Plaintiff,                 :
:       07 CV 5738
    -against-                      :
:
BRAVADO INTERNATIONAL GROUP        :       **RULE 7.1 STATEMENT FOR**
MERCHANDISING SERVICES, INC. and   :       **RUBIE'S COSTUME CO., INC.**
SLIPKNOT INC.                      :
:
:
        Defendants.                :
:
----------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for RUBIE'S COSTUME CO., INC., a private (non-governmental) party, certifies that the following are corporate parents and publicly held corporations that own ten percent (10%) or more of its stock:

NONE.

521694

Dated: June 14, 2007
      New York, New York

                                  PRYOR CASHMAN LLP

                            By: _____
                                Andrew S. Langsam
                                Stacey M. Faraci
                                410 Park Avenue
                                New York, New York  10022
                                (212) 421-4100

                                Attorneys for Plaintiff