```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

RUBIE'S COSTUME CO., INC.,            :

             Plaintiff,            :            07 Civ. 5738 (SHS) (AJP)

         -against-            :            ORDER SCHEDULING
                                  INITIAL PRETRIAL CONFERENCE

BRAVADO INTERNATIONAL GROUP         :
MERCHANDISING SERVICES, INC.
& SLIPKNOT, INC.,                    :

             Defendants.            :

------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a conference is scheduled for July 18, 2007 at 12:30 p.m. before the undersigned in Courtroom 20D (500 Pearl Street). Defense counsel may participate telephonically by calling chambers (212-805-0036) at the scheduled time.

Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

SO ORDERED.

Dated:     New York, New York
              July 12, 2007

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:    Andrew S. Langsam, Esq.
                                    Kenneth A. Feinswog, Esq.
                                    Judge Sidney H. Stein

C:\ORD\Order Scheduling Status Conference