UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

RUBIE'S COSTUME CO., INC.,                :

        Plaintiff,                        :

        -against-                         :     07 Civ. 5738 (SHS) (AJP)

BRAVADO INTERNATIONAL GROUP               :     RULE 16 INITIAL PRETRIAL
MERCHANDISING SERVICES, INC.                    <u>CONFERENCE ORDER</u>
& SLIPKNOT, INC.,                         :

        Defendants.                       :

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/18/07

**ANDREW J. PECK, United States Magistrate Judge:**

        Based on the Initial Pretrial Conference pursuant to Rule 16, Fed. R. Civ. P., held on July 18, 2007 before Magistrate Judge Andrew J. Peck, IT IS HEREBY ORDERED THAT:

        1.    All fact and expert discovery must be completed by December 3, 2007. Expert reports must be served by November 2, 2007, "rebuttal" reply due November 19, 2007. Mandatory initial disclosure pursuant to Rule 26(a)(1), Fed. R. Civ. P., is due August 3, 2007. The parties shall discuss any issues with respect to electronic discovery before the next court conference.

        2.    Each party will notify this Court by December 5, 2007 as to whether it intends to move for summary judgment. Summary judgment motions must be filed by January 7, 2008, and must comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned.

C:\ORD\16RULES

3. The parties are to submit a joint proposed pretrial order, in conformance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned, by January 7, 2008 if neither party is moving for summary judgment, or 30 days after decision on the summary judgment motion. The case will be considered trial ready on 24-hours notice after the pretrial order has been submitted.

4. A status conference will be held before the undersigned on September 5, 2007 at 2:00 p.m. in Courtroom 20D (500 Pearl Street).

5. The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which was previously provided.

SO ORDERED.

DATED: New York, New York
July 18, 2007

Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to: Andrew S. Langsam, Esq.
Kenneth A. Feinswog, Esq.
Judge Sidney H. Stein

C:\ORD\16RULES