

**KENNETH A. FEINSWOG**
ATTORNEY AT LAW
HOWARD HUGHES CENTER
6100 CENTER DRIVE, SUITE 630
LOS ANGELES, CALIFORNIA 90045

RECEIVED
AUG 0 9 2007
CHAMBERS OF
ANDREW J PECK

MEMBER OF CALIFORNIA, NEW YORK
AND NEW JERSEY BARS

August 9, 2007

TELEPHONE: (310) 846-5800
FACSIMILE: (310) 846-5801



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/9/07

**VIA FACSIMILE**

The Honorable Andrew J. Peck
United States District Court
Southern District of New York
500 Pearl Street, Room 1370
New York, NY 10007

Re:   Rubie's Costumes Co., Inc. v. Bravado Merchandising Services, Inc. et al
      Civil Action No. 1:07-cv-05738-PKC-AJP

Dear Judge Peck:

I am the attorney for the declaratory judgment defendants in the above-referenced action and I am writing this letter to request an extension of time to file a responsive pleading to the complaint until August 31, 2007. The original due date for a responsive pleading is August 20, 2007. No previous requests for adjournments or extensions were made and I have spoken with Andrew Langsam, the attorney for the declaratory judgment plaintiff, and he has consented to this extension request.

I am making this request because the parties are entering into settlement negotiations which may make filing a responsive pleading unnecessary.

Thank you for your time and consideration.

**MEMO ENDORSED** 8/9/07
APPROVED. SO ORDERED
Hon. Andrew J. Peck
United States Magistrate Judge

Respectfully submitted,

Kenneth A. Feinswog

BY FAX

KAF/kt
cc: Andrew S. Langsam, Esq.