KENNETH A. FEINSWOG
ATTORNEY AT LAW
HOWARD HUGHES CENTER
6100 CENTER DRIVE, SUITE 630
LOS ANGELES, CALIFORNIA 90045


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/07

MEMBER OF CALIFORNIA, NEW YORK AND NEW JERSEY BARS

August 30, 2007

TELEPHONE: (310) 846-5800
FACSIMILE: (310) 846-5801

**VIA FACSIMILE**

The Honorable Andrew J. Peck
United States District Court
Southern District of New York
500 Pearl Street, Room 1370
New York, NY 10007

RECEIVED AUG 3 0 2007 CHAMBERS OF ANDREW J. PECK

Re: Rubie's Costumes Co., Inc. v. Bravado Merchandising Services, Inc. et al
Civil Action No. 1:07-cv-05738-PKC-AJP

Dear Judge Peck:

I am the attorney for the declaratory judgment defendants in the above-referenced action and I am writing this letter to request a two week adjournment of the September 5, 2007 status conference. I have communicated with Stacey M. Faraci, one of the attorneys for the declaratory judgment plaintiff, and she has confirmed that the declaratory judgment plaintiff is joining in this request.

We are making this request because over the next week the parties will be attempting to settle this case and the parties will be in a better position to report the status of the case at a later date.

Thank you for your time and consideration.

**MEMO ENDORSED** 9/4/07

Respectfully submitted,

Kenneth A. Feinswog

[Handwritten endorsement: Status conf. adjourned to 9/20 at 11 AM (?)]

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

KAF/kt
cc: Andrew S. Langsam, Esq.
    Stacey M. Faraci, Esq.

BY FAX

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:         (212) 805-7933
Telephone No.:   (212) 805-0036

Dated:   September 4, 2007                    Total Number of Pages:  2

| TO | FAX NUMBER |
|---|---|
| Andrew S. Langsam, Esq. | 212-515-6969 |
| Stacey M. Faraci, Esq. | 212-326-0806 |
| Kenneth A. Feinswog, Esq. | 310-846-5801 |

# TRANSCRIPTION:

**MEMO ENDORSED 9/4/07**

Status conf. adjourned to 9/20 at 10:30 AM at parties' request.


Copy to:    Judge P. Kevin Castel