**KENNETH A. FEINSWOG**
ATTORNEY AT LAW
HOWARD HUGHES CENTER
6100 CENTER DRIVE, SUITE 630
LOS ANGELES, CALIFORNIA 90045



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/07

MEMBER OF CALIFORNIA, NEW YORK
AND NEW JERSEY BARS

August 29, 2007

TELEPHONE: (310) 846-5800
FACSIMILE: (310) 846-5801

**VIA FACSIMILE**

The Honorable Andrew J. Peck
United States District Court
Southern District of New York
500 Pearl Street, Room 1370
New York, NY 10007

RECEIVED
AUG 29 2007
CHAMBERS OF
ANDREW J. PECK

Re: Rubie's Costumes Co., Inc. v. Bravado Merchandising Services, Inc. et al
Civil Action No. 1:07-cv-05738-PKC-AJP

Dear Judge Peck:

I am the attorney for the declaratory judgment defendants in the above-referenced action and I am writing this letter to request an extension of time to file a responsive pleading to the complaint until September 10, 2007. The original due date for a responsive pleading was August 20, 2007. An extension was granted until August 31, 2007. I have communicated with Andrew Langsam, the attorney for the declaratory judgment plaintiff, and he has consented to this extension request.

I am making this request because the parties have progressed in settlement negotiations and are hopeful that a settlement can be concluded within the next 10 days.

Thank you for your time and consideration.

**MEMO ENDORSED**

Approved.
30 Aug 2007

Respectfully submitted,

_Andrew Jay Peck_  Kenneth A. Feinswog

KAF/kt
cc: Andrew S. Langsam

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York