**KENNETH A. FEINSWOG**
ATTORNEY AT LAW
HOWARD HUGHES CENTER
6100 CENTER DRIVE, SUITE 630
LOS ANGELES, CALIFORNIA 90045

USDX NY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/07

MEMBER OF CALIFORNIA, NEW YORK
AND NEW JERSEY BARS

September 14, 2007

TELEPHONE: (310) 846-5800
FACSIMILE: (310) 846-5801

<u>VIA FACSIMILE</u>

The Honorable Andrew J. Peck
United States District Court
Southern District of New York
500 Pearl Street, Room 1370
New York, NY 10007

MEMO ENDORSED 9/17/07

[handwritten endorsement]

Re: <u>Rubie's Costumes Co., Inc. v. Bravado Merchandising Services, Inc. et al
Civil Action No. 1:07-cv-05738-PKC-AJP</u>

SO ORDERED
Hon. Andrew Jay Peck
United States Magistrate Judge

BY FAX

Dear Judge Peck:

I am the attorney for the declaratory judgment defendants in the above-referenced action and I am writing this letter to request an extension of time to file a responsive pleading to the complaint until September 26, 2007. The original due date for a responsive pleading was August 20, 2007. An extension was granted until August 31, 2007, a second extension was granted until September 10, 2007 and the last extension was granted until September 19, 2007. I have communicated with Andrew Langsam, the attorney for the declaratory judgment plaintiff, and he has consented to this extension request.

I am making this request because the parties have been unable to address the few unresolved issues because of conflicts in the attorneys' and/or parties' schedules. Said conflicts have been affected by the Rosh Hashanah holiday. The parties are still hopeful that a settlement can be concluded within the next 10 days.

Thank you for your time and consideration.

Respectfully submitted,

Kenneth A. Feinswog

KAF/kt
cc: Andrew S. Langsam, Esq.

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:       (212) 805-7933
Telephone No.: (212) 805-0036

Dated:   September 17, 2007                             Total Number of Pages:  2

| TO | FAX NUMBER |
|---|---|
| Andrew S. Langsam, Esq. | 212-326-0806 |
| Kenneth A. Feinswog, Esq. | 310-846-5801 |
|  |  |

# TRANSCRIPTION:

MEMO ENDORSED 9/17/07

1.  Extension of time to respond to complaint extended to 9/26. The discovery cutoff date of 12/3 remains unchanged.
2.  The 9/20 conf. is rescheduled for <u>10/9 at 10:30 AM</u>.

Copy to:   Judge P. Kevin Castel