

**KENNETH A. FEINSWOG**
ATTORNEY AT LAW
HOWARD HUGHES CENTER
6100 CENTER DRIVE, SUITE 630
LOS ANGELES, CALIFORNIA 90045

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/07

MEMBER OF CALIFORNIA, NEW YORK AND NEW JERSEY BARS

September 24, 2007

TELEPHONE: (310) 846-5800
FACSIMILE: (310) 846-5801

**VIA FACSIMILE**

The Honorable Andrew J. Peck
United States District Court
Southern District of New York
500 Pearl Street, Room 1370
New York, NY 10007

MEMO ENDORSED 9/25/07

*Approved. [handwritten notes illegible]*

SO ORDERED:
Hon. Andrew Jay Peck
U.S. Magistrate Judge

Re:   Rubie's Costumes Co., Inc. v. Bravado Merchandising Services, Inc., et al.
      Civil Action No. 1:07-cv-05738-PKC-AJP

**BY FAX**

Dear Judge Peck:

I am the attorney for the declaratory judgment defendants in the above-referenced action and I am writing this letter to request an extension of time to file a responsive pleading to the complaint until October 6, 2007. The original due date for a responsive pleading was August 20, 2007. An extension was granted until August 31, 2007, a second extension was granted until September 10, 2007, a third extension was granted until September 19, 2007 and the last extension was granted until September 26, 2007. I have communicated with Andrew Langsam, the attorney for the declaratory judgment plaintiff, and he has consented to this extension request.

I am making this request because the parties have still been unable to address the few unresolved issues because of conflicts in the parties' schedules. They have attempted to contact each other by telephone but have not been able to reach the other to discuss the few unresolved issues. The parties are still hopeful that a settlement can be concluded within the next 10 days.

Thank you for your time and consideration.

Respectfully submitted,

Kenneth A. Feinswog

KAF/kt
cc: Andrew S. Langsam, Esq.

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

**Dated:** September 25, 2007     **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Andrew S. Langsam, Esq. | 212-515-6969 |
| Kenneth A. Feinswog, Esq. | 310-846-5801 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 9/25/07**

Approved. Discovery cutoff dates remain unchanged and will not be extended. Let's get the settlement done!

**Copy to:**   Judge P. Kevin Castel