UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

RUBIE'S COSTUME CO., INC., :

          Plaintiff, :     07 Civ. 5738 (PKC) (AJP)

          -against- :     **ORDER OF DISMISSAL ON CONSENT**

BRAVADO INTERNATIONAL GROUP :
MERCHANDISING SERVICES, INC.
& SLIPKNOT, INC., :

          Defendants. :

------------------------------------ x

**ANDREW J. PECK, United States Magistrate Judge:**

The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action (including all counterclaims) is dismissed with prejudice and without costs, provided, however, that any party may reinstate the action within 15 days hereof if the settlement is not fully effectuated. Any pending motions are to be terminated as moot.

      SO ORDERED.

DATED:     New York, New York
            October 9, 2007

                                        Andrew J. Peck
                                        United States Magistrate Judge

Copies **by fax & ECF** to:   Andrew S. Langsam, Esq.
                                  Kenneth A. Feinswog, Esq.
                                  Judge P. Kevin Castel

C:\ORD\Dismiss.AJP

# KENNETH A. FEINSWOG
ATTORNEY AT LAW
HOWARD HUGHES CENTER
6100 CENTER DRIVE, SUITE 630
LOS ANGELES, CALIFORNIA 90045

MEMBER OF CALIFORNIA, NEW YORK
AND NEW JERSEY BARS

October 4, 2007

TELEPHONE: (310) 846-5800
FACSIMILE: (310) 846-5801

**VIA FACSIMILE**

The Honorable Andrew J. Peck
United States District Court
Southern District of New York
500 Pearl Street, Room 1370
New York, NY 10007


RECEIVED OCT -5 2007 CHAMBERS OF ANDREW J. PECK

Re:     Rubie's Costumes Co., Inc. v. Bravado Merchandising Services, Inc. et al
        Civil Action No. 1:07-cv-05738-PKC-AJP

Dear Judge Peck:

I am the attorney for the declaratory judgment defendants in the above-referenced action and I am writing this letter to request an extension of time to file a responsive pleading to the complaint until October 16, 2007 and to adjourn the status conference that is scheduled for October 9, 2007. The original due date for a responsive pleading was August 20, 2007. An extension was granted until August 31, 2007, a second extension was granted until September 10, 2007, a third extension was granted until September 19, 2007, a fourth extension was granted until September 26, 2007 and the last extension was granted until October 6, 2007. I have communicated with Andrew Langsman, the attorney for the declaratory judgment plaintiff, and he has consented to this extension request.

I am making this request because the parties have reached a settlement in principle. I have drafted and forwarded settlement documents to counsel for the declaratory judgment plaintiff and I expect to receive his comments on said documents in the next few days. We hope to have the settlement documents signed next week.

Thank you for your time and consideration.

Respectfully submitted,

Kenneth A. Feinswog

KAF/kt
cc: Andrew S. Langsam, Esq.