### KENNETH A. FEINSWOG
ATTORNEY AT LAW
HOWARD HUGHES CENTER
6100 CENTER DRIVE, SUITE 1050
LOS ANGELES, CALIFORNIA 90045

**MEMO ENDORSED**

**MEMO ENDORSED**

MEMBER OF CALIFORNIA, NEW YORK
AND NEW JERSEY BARS

October 23, 2007

TELEPHONE: (310) 846-5800
FACSIMILE: (310) 846-5801



Request for extension of time to reopen the case granted through Monday, October 29, 2007. Parties must request a further extension on Monday if more time is necessary.

**VIA FACSIMILE**

The Honorable Andrew J. Peck
United States District Court
Southern District of New York
500 Pearl Street, Room 1370
New York, NY 10007

Re:   Rubie's Costumes Co., Inc. v. Bravado Merchandising Services, Inc. et al
      Civil Action No. 1:07-cv-05738-PKC-AJP

Dear Judge Peck:

I am the attorney for the declaratory judgment defendants in the above-referenced action and I am writing this letter to request that the time to reopen this case pursuant to the October 9, 2007 order be extended for 10 days or that the Court reopen the case.

This request is being made because we do not expect that the settlement will close by tomorrow, October 24, 2007, the current deadline to reopen this case. However, the parties are extremely close to settlement and only one unresolved issue remains. The parties expect that said issue will be resolved in the next few days and the settlement agreement should be signed before the end of the week.

The settlement agreement provides that the declaratory judgment plaintiff will file a notice of dismissal pursuant to FRCP 41(a)(1)(i) after the parties have executed the settlement documents. I have communicated with Andrew Langsman, the attorney for the declaratory judgment plaintiff, and he has consented to this request.

Thank you for your time and consideration.

Respectfully submitted,

Kenneth A. Feinswog

KAF/kt
cc: Andrew S. Langsam, Esq.