

**KENNETH A. FEINSWOG**
ATTORNEY AT LAW
HOWARD HUGHES CENTER
6100 CENTER DRIVE, SUITE 630
LOS ANGELES, CALIFORNIA 90045

MEMBER OF CALIFORNIA
AND NEW JERSEY BARS / NEW YORK

November 5, 2007

TELEPHONE: (310) 846-5800
FACSIMILE: (310) 846-5801

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/6/07

RECEIVED NOV 05 2007 CHAMBERS OF ANDREW J. PECK

**VIA FACSIMILE**

The Honorable Andrew J. Peck
United States District Court
Southern District of New York
500 Pearl Street, Room 1370
New York, NY 10007

**MEMO ENDORSED** 11/6/07

Extension of time to reopen to 11/13 is
APPROVED. SO ORDERED.

Hon. Andrew Jay Peck
United States Magistrate Judge

Re:  Rubie's Costumes Co., Inc. v. Bravado Merchandising Services, Inc. et al
     Civil Action No. 1:07-cv-05738-PKC-AJP

**BY FAX**

Dear Judge Peck:

I am the attorney for the declaratory judgment defendants in the above-referenced action and I am writing this letter to request that the time to reopen this case pursuant to the October 9, 2007 order, that was most recently extended to November 6, 2007, be extended for 7 days or that the Court reopen the case so that the dismissal discussed below can be filed.

This request is being made because we do not expect that all settlement documents will be signed by November 6, 2007, the current deadline to reopen this case. The parties have resolved all issues regarding settlement and are circulating documents for execution. We expect that we will have fully executed settlement documents before the end of this week.

The settlement agreement provides that the declaratory judgment plaintiff will file a notice of dismissal pursuant to FRCP 41(a)(1)(i) after the parties have executed the settlement documents. I have communicated with Andrew Langsman, the attorney for the declaratory judgment plaintiff, and he has consented to this request.

Thank you for your time and consideration.

Respectfully submitted,

Kenneth A. Feinswog

KAF/kt
cc: Andrew S. Langsam, Esq.

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:   (212) 805-7933
Telephone No.:   (212) 805-0036

Dated:   **November 6, 2007**                                                    Total Number of Pages:  **2**

| TO | FAX NUMBER |
|---|---|
| Andrew S. Langsam, Esq. | 212-515-6969 |
| Kenneth A. Feinswog, Esq. | 310-846-5801 |
|  |  |

# TRANSCRIPTION:

MEMO ENDORSED 11/6/07

Extension of time to reopen to 11/13 is APPROVED.

Copy to:   Judge P. Kevin Castel