**KENNETH A. FEINSWOG**
ATTORNEY AT LAW
HOWARD HUGHES CENTER
6100 CENTER DRIVE, SUITE 630
LOS ANGELES, CALIFORNIA 90045



November 9, 2007

MEMBER OF CALIFORNIA, NEW YORK
AND NEW JERSEY BARS

TELEPHONE: (310) 846-5800
FACSIMILE: (310) 846-5801

**VIA FACSIMILE**

The Honorable Andrew J. Peck
United States District Court
Southern District of New York
500 Pearl Street, Room 1370
New York, NY 10007

RECEIVED NOV 09 2007 CHAMBERS OF ANDREW J. PECK

Re:  Rubie's Costumes Co., Inc. v. Bravado Merchandising Services, Inc. et al
     Civil Action No. 1:07-cv-05738-PKC-AJP

Dear Judge Peck:

I am the attorney for the declaratory judgment defendants in the above-referenced action and I am writing this letter to request that this case be reopened pursuant to the October 9, 2007 order so that the dismissal discussed below can be filed or that the time to reopen be extended because it is unlikely, with the intervening Veteran's Day Holiday, that said dismissal will be filed before the current deadline of November 13, 2007.

The settlement agreement provides that the declaratory judgment plaintiff will file a notice of dismissal pursuant to FRCP 41(a)(1)(i) after the parties have executed the settlement documents. My client expects to receive the signed settlement documents from the declaratory judgment plaintiff early next week and will promptly sign said documents. I expect that said dismissal will be filed before the end of next week, November 16, 2007. I have communicated with Andrew Langsman, the attorney for the declaratory judgment plaintiff, and he has consented to this request.

Thank you for your time and consideration.

**MEMO ENDORSED** 11/13/07

Respectfully submitted,

Kenneth A. Feinswog

KAF/kt
cc: Andrew S. Langsam, Esq.

Time to reopen extended to 11/20. Let's get this done already!

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

BY FAX

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

**Dated:** November 13, 2007                        **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Andrew S. Langsam, Esq. | 212-515-6969 |
| Kenneth A. Feinswog, Esq. | 310-846-5801 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 11/13/07**

Time to reopen extended to 11/20. Let's get this done already!

Copy to:   Judge P. Kevin Castel