


**KENNETH A. FEINSWOG**
ATTORNEY AT LAW
HOWARD HUGHES CENTER
6100 CENTER DRIVE, SUITE 630
LOS ANGELES, CALIFORNIA 90045

MEMBER OF CALIFORNIA, NEW YORK
AND NEW JERSEY BARS

November 19, 2007

TELEPHONE: (310) 846-5800
FACSIMILE: (310) 846-5801

<u>**VIA FACSIMILE**</u>

The Honorable Andrew J. Peck
United States District Court
Southern District of New York
500 Pearl Street, Room 1370
New York, NY 10007

**MEMO ENDORSED**

Re: Rubie's Costumes Co., Inc. v. Bravado International Group Merchandising Services, Inc. et al Civil Action No. 1:07-cv-05738-PKC-AJP

Dear Judge Peck:

I am the attorney for the declaratory judgment defendants in the above-referenced action and I am writing this letter to request that this case be reopened pursuant to the October 9, 2007 order so that the dismissal discussed below can be filed.

The settlement agreement provides that the declaratory judgment plaintiff will file a notice of dismissal pursuant to FRCP 41(a)(1)(i) after the parties have executed the settlement documents.

My clients received copies of the settlement documents this afternoon that were signed by the declaratory judgment plaintiff. My clients had hoped and expected to close this matter about two weeks ago. The declaratory judgment plaintiff's attorney sent the final settlement documents to his client for execution on November 5, 2007. It took two weeks to forward said documents to my clients. Had those documents arrived earlier, my clients could have signed them and returned them in a few days. However, because it is Thanksgiving week, it will be impossible for my clients to do so. The party authorized to sign on behalf of Bravado International Group Merchandising Services, Inc. is not in his office for the remainder of the week and the party who must sign on behalf of Slipknot, Inc. is also not available. We expect that said documents will be signed by both declaratory judgment defendants early next week so that they can be forwarded back to the declaratory judgment plaintiff's counsel and the aforesaid notice of dismissal can be filed.

Instead of requesting for another extension to reopen the case, we are respectfully requesting that the Court simply reopen the case at this time so that we do not have to burden the Court with another letter and request to reopen the case after the agreements have been fully

Judge Andrew J. Peck
November 19, 2007
Page 2

executed. If the Court chooses not to reopen the case at this time, it is respectfully requested that the Court extend the deadline to reopen the case until November 30, 2007. I have communicated with Andrew Langsman, the attorney for the declaratory judgment plaintiff, and he has consented to this request.

       Thank you for your time and consideration.

                                Respectfully submitted,

                                Kenneth A. Feinswog

KAF/kt
cc: Andrew S. Langsam, Esq.

**MEMO ENDORSED** 11/20/07

Time to reopen extended to 11/30/07.

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

copy for [illegible]

BY FAX

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:   (212) 805-7933
Telephone No.:   (212) 805-0036

**Dated:** November 20, 2007         **Total Number of Pages:** 4

| TO | FAX NUMBER |
|---|---|
| Kenneth Feinswog, Esq. | 310-846-5801 |
| Andrew S. Langsam, Esq. | 212-515-6969 |
| Judge Castel | |

**Translation:**

**MEMO ENDORSED 11/20/07**

Time to reopen case extended to 11/30/07.