UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RUBIE'S COSTUME CO., INC.,

Plaintiff,

- against -

BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES, INC. and
SLIPKNOT INC.,

Defendants.

---

Index No.: 07-CV-5738

NOTICE OF DISMISSAL
WITH PREJUDICE *& ORDER*

To: Clerk, United States District Court, Southern District of New York

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), any and all claims asserted by Plaintiff Rubie's Costume Co., Inc. in the above-captioned action against defendants Bravado International Group Merchandising Services, Inc. and Slipknot Inc. are hereby dismissed with prejudice. Each side is to bear its own costs and attorneys' fees. *This updates and supersedes the prior order of dismissal.*

Dated: New York, New York
November 28, 2007

PRYOR CASHMAN LLP

By: _____
Andrew S. Langsam
Stacey M. Faraci
410 Park Avenue
New York, New York 10022
(212) 421-4100

Attorneys for Plaintiff

SO ORDERED:
_____
Hon. Andrew Jay Peck
United States Magistrate Judge

*copies faxed*

**BY FAX**

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated: **November 29, 2007**                                    Total Number of Pages: **2**

| TO | FAX NUMBER |
|---|---|
| Andrew S. Langsam, Esq. | 212-515-6969 |
| Stacey M. Faraci, Esq. | 212-326-0806 |
| Kenneth A. Feinswog, Esq. | 310-846-5801 |
|  |  |

# TRANSCRIPTION:

[New sentence added at end of paragraph.]

. . . This replaces and supercedes the prior Order of Dismissal.